AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MCFADDEN, THEODORE<br>5943 UPLAND WAY<br><br>PHILADELPHIA, PA 19131 | **Judgment in a Criminal Case**<br>(For a Petty Offense) — Short Form<br><br>Case No. 18-,-1937<br>USM No.<br><br>CATHERINE HENRY<br>Defendant's Attorney |

**THE DEFENDANT:** MCFADDEN, THEODORE

☐ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 41CFR102.74.390 | DISORDERLY CONDUCT | 11/20/2018 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $280.00 | $ 0.00 | $ 250.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 7977

Defendant's Year of Birth: ▮

City and State of Defendant's Residence:
PHILADELPHIA, PA

November 20, 2018
Date of Imposition of Judgment

Signature of Judge

JACOB P. HART, U. S. M. J.
Name and Title of Judge

December 3, 2018
Date